IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA
CIVIL DIVISION

| | |
|---|---|
| CATHERINE V. LEE, | CIVIL ACTION |
| Plaintiff, | No. 2:05-cv-1770-DWA |
| v. | Chief Judge Donetta W. Ambrose |
| NORTHWESTERN HUMAN SERVICES | FILED ELECTRONICALLY |
| Defendant. | |

STIPULATION FOR SETTLEMENT AND DISMISSAL OF CASE

We, the attorneys for the respective parties, do hereby stipulate that the above-captioned case has been settled and request that this Court dismiss the above-captioned case with prejudice. We, the attorneys for the respective parties, ask that the Court enter an Order accordingly, notice by the Clerk being hereby waived.

s/ Edward J. Murphy, Jr.

Edward J. Murphy, Jr.
Attorney for Defendant
Northwestern Human Services

s/ Kevin Feigel

Kevin Feigel
Attorney for Plaintiff
Catherine V. Lee

ORDER

AND NOW, this 19th day of Jan, 2007, IT IS SO ORDERED.

Donetta W. Ambrose
Chief Judge